IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:11CR42 |
| | § | |
| JEFFERSON JONATHAN TAYLOR (04) | § | |

## ELEMENTS OF THE OFFENSE

### COUNT ONE

Violation:   21 U.S.C. § 846 (Conspiracy to possess with intent to distribute hydrocodone and marijuana)

Penalty:   Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of at least 2 years in addition to such term of imprisonment.

Special Assessment:   $100.00

You are charged in Count One of the indictment with conspiracy to possess with intent to distribute hydrocodone and marijuana, in violation of 21 U.S.C. § 846. The essential elements which must be proven to establish a violation of this offense are:

FIRST:   That within the time frame alleged in Count One of the indictment, you and another person, directly or indirectly, reached an agreement to possess with intent to distribute and did distribute hydrocodone and marijuana,

SECOND:   That you knew of the unlawful purpose of the agreement,

THIRD:   That you joined in the agreement willfully, that is, with the intent to further its unlawful purpose, and

FOURTH: That the overall scope of the conspiracy involved at least 10 grams but less than 20 grams (of hydrocodone and marijuana, converted to marijuana under the Drug Equivalency Table of the U.S.S.G.)

## COUNT TWO

Violation: 18 U.S.C. § 924(c) (Use, carrying and possession of a firearm during and in furtherance of a drug trafficking crime)

Penalty: Imprisonment for a term of not less than 5 years nor more than life which must be served consecutively to any other term of imprisonment imposed on Count Seventeen, a fine not to exceed $250,000, or both. A term of supervised release of not more than 5 years in addition to such term of imprisonment.

Special Assessment: $100.00

You are charged in Count Two of the indictment with use and carrying of a firearm during a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

The essential elements which must be proven to establish a violation of this offense are:

FIRST: That you committed the crime of possession with intent to distribute and distribution of a controlled substance, to wit: hydrocodone; and

SECOND: That you knowingly used or carried a firearm during said drug trafficking crime.

Elements of the Offense - Page 2

        Respectfully submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY

        */s/ Richard L. Moore*
        RICHARD L. MOORE
        Assistant United States Attorney
        Texas Bar No. 14366700
        110 North College St., Suite 700
        Tyler, Texas 75702
        (903) 590-1400
        (903) 590-1439 (fax)
        Rmoore2@usa.doj.gov

## CERTIFICATE OF SERVICE

On this 12th day of March, 2012, I, Richard L. Moore, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

1.     Robert Wilson
       rwilson@wilsonlawfirm.com

        */s/ Richard L. Moore*
        RICHARD L. MOORE